UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESMOND WITHERSPOON, | |
| Plaintiff, | Civil Action No. 14-7943 (SRC) |
| v. | |
| YMCA, | OPINION |
| Defendant. | |

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). The Complaint states as its cause of action "Prejudice, Bias, Pain and Suffering" as well as violation of "Code RCW 19.86.093," a citation which is inscrutable to the Court. Moreover, the Complaint fails to allege a single fact regarding Defendant YMCA. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                                                                     s/Stanley R. Chesler
                                                                     STANLEY R. CHESLER
                                                                     United States District Judge

Dated: January 9, 2015